# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY M. AUTRY, JR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-695-WDS ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Plaintiff is an inmate currently in the Federal Correctional Institution at Greenville, Illinois; he filed this action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671-2680. The action was originally filed in the District Court for the District of Columbia; on Defendants' motion, that court transferred the action to this District.

**IT IS HEREBY ORDERED** that, pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

DATED: November 18, 2008.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE